UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN HALL,
ADC #130281                                                                                          PLAINTIFF

V.                                    5:17CV00214 JM/JTR

RORY L. GRIFFIN, Deputy Director of
Health and Correctional Services, ADC, et al.                                           DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Hall may PROCEED with his § 1983 inadequate medical care claim against Luker, Scott, and Griffin in their individual capacities only.

2. All other claims raised in the Complaint are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

3. The Clerk is directed to prepare a summons for: (a) Griffin through the ADC Compliance Office; and (b) Luker and Scott through the Humphries, Odum, and Eubanks law firm. The U.S. Marshal is directed to serve the summons, Complaint, and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer ADC or CCS employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

Dated this 20th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE